Maria S. Masigla, P.T., as Assignee of Darwin, Ihuoma, Respondent, 
against
Omni Indemnity Company, Appellant. 




Freiberg, Peck & Kang, LLP (Yilo J. Kang and Nicole McErlean of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Andrew Borrok, J.), entered November 15, 2017. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $1,831.50.




ORDERED that the judgment is reversed, with $30 costs, and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from a judgment which, after a nonjury trial, awarded plaintiff the principal sum of $1,831.50. 
For the reasons stated in Masigla, as Assignee of Darwin, Ihuoma v Omni Indem. Co. (___ Misc 3d ___, 2019 NY Slip Op ____ [appeal No. 2018-257 K C], decided herewith), the judgment is reversed and the matter is remitted to the Civil Court for the entry of a judgment in favor of defendant dismissing the complaint.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 16, 2019